**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **JESSINIA PENA** )<br>        Plaintiff, )<br> )<br>**v.** )<br> )<br>**UNCI GROUP** )<br>        Defendant, )<br> ) | **Civil Action No. 1:14-cv-13892-GAO** |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSAL OF**
**ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Jessinia Pena ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated:  December 22, 2014

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
133 Main St., Second Floor
North Andover, MA 01845
Phone: (978)420-4747
Fax: (978) 409-1846
Email:  kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

## PROOF OF SERVICE

I hereby certify that on December 22, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.